UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00150-LRH-(PAL) |
|---|---|
| Plaintiff/Appellee, | ORDER |
| v. | |
| STEVEN THOMPSON, | |
| Defendant/Appellant. | |

On its own motion, the United States Court of Appeals for the Ninth Circuit relieved William H. Gamage, Esq., as counsel for Defendant/Appellant Steven Thompson on October 25, 2017. It further ordered that this court appoint new counsel for purposes of the appeal.

IT IS HEREBY ORDERED that Mario D. Valencia is appointed to represent Steven Thompson for this appeal. Mr. Valencia's address is 1055 Whitney Ranch Dr., Suite 220, Henderson, Nevada, 89104 and his phone number is 702-940-2222.

Former counsel, William H. Gamage's office is directed to forward the file to Mr. Valencia forthwith.

New counsel, Mario D. Valencia, Esq., as well as Petitioner, Steven Thompson, shall be served with this Order.

///

///

///

1

The clerk is directed to forward a copy of this order to the Clerk of the Ninth Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 8th day of November, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE